JOHN J. RADLEY REALTY CORPORATION (Formerly LEERAD REALTY CORPORATION), Respondent, v. RAILROAD STORES, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is clearly a compromise and against the weight of the evidence.    Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM KENNELLY, INC., Respondent, v. JACOB S. MEHLMAN, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR KATZ, Appellant.— Judgment affirmed.    No opinion.    Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK ZUCKER, Appellant.— Judgment affirmed.    No opinion.    Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent.

J. HERBERT ANDERSON, Doing Business under the Firm Name and Style of THE ANDERSON COMPANY, Appellant, v. CHARLES F. ADAMS and Others, Respondents.— Judgment affirmed, with costs.    No opinion.    Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES B. H. DELLER, Respondent, v. ELECTRICE CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.    The date for the examination to proceed to be fixed in the order.    No opinion.    Settle order on notice.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB LEWIS, Respondent, v. VOLMER H. HOULBERG, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the answer shows that the last tender of merchandise to plaintiff was on August 20, 1926, and that no claim or demand to arbitrate disputes arising under the terms of the contract was made to appellant from that date until September 14, 1926, and that failure to observe the terms of the limitation of arbitration of seven days was sufficient to defeat the right of arbitration.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHA W. AISTON, as Administratrix, etc., of ARTHUR C. AISTON, Deceased, Appellant, v. WINCHELL SMITH, Defendant, Impleaded with JOHN GOLDEN, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHA W. AISTON, as Administratrix, etc., of ARTHUR C. AISTON, Deceased, Appellant, v. WINCHELL SMITH, Defendant, Impleaded with JOHN GOLDEN, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of SAMUEL SCHUBERT and Another, Appellants, for a Mandamus Order against HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments of The City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KATE KIRSCH, Appellant, v. JACOB A. KIRSCH, Respondent.— Order affirmed. No opinion.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.